UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Nathan Thomas**           :        CHAPTER  13
                                    :
                                    :
         DEBTOR                     :        Bankruptcy No.: **25-13289\djb**

# ORDER OF COURT

**AND NOW**, this _____ day of _____, 2025 it is hereby

**ORDERED** that the Debtor may have until **September 18, 2025,** to file the Schedules & Statements in the above-captioned case.

BY THE COURT:

_____

**Date: August 29, 2025**