United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13289-djb |
| Nathan N. Thomas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 29, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nathan N. Thomas, 3047 North 22nd Street, Philadelphia, PA 19132-1514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL D. SAYLES | on behalf of Debtor Nathan N. Thomas midusa1@comcast.net midusa1@outlook.com |
| RYAN PETER SRNIK | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Cert ryan.srnik@brockandscott.com, wbecf@brockandscott.com |
| SHERRI DICKS | on behalf of Creditor The Bank of New York Mellon sdicks@raslg.com shrdlaw@outlook.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 29, 2025 | Form ID: pdf900 | Total Noticed: 1

SHERRI DICKS
    on behalf of Creditor Deutsche Bank National Trust Company sdicks@raslg.com shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Nathan Thomas**           :        CHAPTER 13
                                    :
                                    :
         DEBTOR                     :        Bankruptcy No.: **25-13289\djb**

# ORDER OF COURT

**AND NOW**, this _____ day of _____, 2025 it is hereby

**ORDERED** that the Debtor may have until **September 18, 2025,** to file the Schedules & Statements in the above-captioned case.

BY THE COURT:

_____

**Date: August 29, 2025**