**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **NATHAN N. THOMAS** | : | |
| | : | No. 25-13289 (djb) |

**ENTRY of APPEARANCE and REQUEST for SERVICE of NOTICES**

**TO THE CLERK:**

Kindly enter my appearance for Philadelphia Federal Credit Union in the above, and direct all notices intended for my client to me at the address appearing below.

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   */S/ William J. Levant, Esquire*
William J. Levant, Esquire
**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
(610)260-6000
(610)684-2020 – Telecopier
wlevant@kaplaw.com

Date: September 11, 2025

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **NATHAN N. THOMAS** | : | |
| | : | No. 25-13289 (djb) |

**CERTIFICATE of SERVICE**

I hereby certify that on September 11, 2025, I caused true and correct copies of the foregoing Entry of Appearance to be sent to each of the persons named below, by First Class U.S. Mail, postage prepaid (except where noted), as follows:

Nathan N. Thomas
3047 N. 22nd Street
Philadelphia, PA 19132

Michael D. Sayles, Esquire         (sent by ECF)
*Debtor's counsel*

Office of the U.S. Trustee         (sent by ECF)

Kenneth E. West, Esquire         (set by ECF)
*Chapter 13 Trustee*

                    **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:    */S/ William J. Levant, Esquire*
       William J. Levant, Esquire
       **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
       910 Harvest Drive
       Post Office Box 3037
       Blue Bell, PA 19422
       (610)260-6000
       (610)684-2020 – Telecopier
       wlevant@kaplaw.com