United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-13289-djb
Nathan N. Thomas  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Sep 10, 2025     Form ID: 309I     Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathan N. Thomas, 3047 North 22nd Street, Philadelphia, PA 19132-1514 |
| 15040854 | + | American Heritage FCU, 3110 Grant Avenue, Philadelphia, PA 19114-2542 |
| 15040855 | + | Americas Servicing Company, 800 S. Jordan Creek Parkway West, West Des Moines, IA 50266-8211 |
| 15040856 | + | Aronolaw, PC, 7600 Jercho Turnpike, Suite 115, Woodbury, NY 11797-1712 |
| 15040857 | + | Bitty, 1855 Griffin Road, Dania, FL 33004-2241 |
| 15040868 | | Elan CACS CC, 321 Olive Blvd., Saint Louis, MO 63132 |
| 15040871 | + | Forward Funding, 53 State Street, 20th Floor, Boston, MA 02109-2820 |
| 15040872 | | LCS Funding, 6782 Financial Services Corp., Suite 100, Englewood, CO 80112-3915 |
| 15040880 | + | Philadelphia Federal Credit Union, 1206 Chestnut Street, Philadelphia, PA 19107-4805 |
| 15040883 | | Transist Workers FCU, 919 East Cayuga Street, Philadelphia, PA 19124-3817 |
| 15040887 | + | Veronica Thomas, 3047 North 22 Street, Philadelphia, PA 19132-1514 |
| 15040892 | + | WEBBank/OmeMain, POB 3316, Evansville, IN 47732-3316 |
| 15040890 | | Water Revenue Bureau Help Loan, PO Box 41496, Philadelphia, PA 19101-1496 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: midusa1@comcast.net | Sep 11 2025 00:48:00 | MICHAEL D. SAYLES, Michael D. Sayles, PO Box 11222, Elkins Park, PA 19027 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Sep 11 2025 00:48:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106-1552 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 11 2025 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 11 2025 00:49:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15040852 | | EDI: GMACFS.COM | Sep 11 2025 04:38:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15040853 | + | EDI: GMACFS.COM | Sep 11 2025 04:38:00 | Ally Servicing, POB 380901, Minneapolis, MN 55438-0901 |
| 15040861 | | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | City of Philadelphia, C/O Law Department, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15040863 | | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd., 5th Floor, Philadelphia, PA |

Case 25-13289-djb   Doc 18   Filed 09/12/25   Entered 09/13/25 00:42:22   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2025 | Form ID: 309I | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | 19102 |
| 15040860 | | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | City of Philadelphia, c/o Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA 19107 |
| 15040889 | | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | Water Revenue Bureau, City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd., Philadelphia, PA 19102-1595 |
| 15045699 | + | EDI: DISCOVER | Sep 11 2025 04:38:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany Oh 43054-3025 |
| 15040858 | | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | City od Philadelphia, Department of Revenue, POB 41496, Philadelphia, PA 19101-1496 |
| 15040862 | | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | City of Philadelphia, Department of Revenue, PO Box 148, Philadelphia, PA 19105-0148 |
| 15040864 | + | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | City of Philadelphia, Department of Revenue, Minicipal Services Bldg Grand Concourse, 1401 John F. Kennedy Blvd, Philadelphia, PA 19102-1606 |
| 15040859 | + | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | City of Philadelphia, Water Revenue Department, c/o Law Department, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102-1606 |
| 15040865 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2025 00:53:26 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15040866 | | EDI: IRS.COM | Sep 11 2025 04:38:00 | Department of the Treasury, Internal Revenue Service, ACS Support, POB 8208, Philadelphia, PA 19101-8208 |
| 15040867 | + | EDI: DISCOVER | Sep 11 2025 04:38:00 | Discover Card, POB 30939, Salt Lake City, UT 84130-0939 |
| 15040869 | + | EDI: USBANKARS.COM | Sep 11 2025 04:38:00 | Elanco Financial Service, CB Disputes, POB 108, Saint Louis, MO 63166-0108 |
| 15040870 | | EDI: AMINFOFP.COM | Sep 11 2025 04:38:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15040873 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 11 2025 00:48:00 | Mariner Finance LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15040874 | + | EDI: AGFINANCE.COM | Sep 11 2025 04:38:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 15042002 | + | EDI: AGFINANCE.COM | Sep 11 2025 04:38:00 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15040875 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 11 2025 00:48:00 | PECO, 2301 Market Street, 0S4-1, Philadelphia, PA 19103-1380 |
| 15040876 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 11 2025 00:48:00 | PECO Energy, Payment Processing, PO Box 13439, Philadelphia, PA 19101-3439 |
| 15040877 | ^ | MEBN | Sep 11 2025 00:38:33 | PGW, attn: Bankruptcy Department, 800 West Montgomery Drive, 3F, Philadelphia, PA 19122-2806 |
| 15040878 | ^ | MEBN | Sep 11 2025 00:38:34 | PGW, Credit and Collections Department, 800 West Montgomery Avenue, 3rd Floor, attn: Liens and Judgments Section, Philadelphia, PA 19122-2806 |
| 15040879 | + | EDI: LCIPHHMRGT | Sep 11 2025 04:38:00 | PHH Mortgage, POB 24738, West Palm Beach, FL 33416-4738 |
| 15040881 | | Email/Text: CollectionsDept@PFCU.COM | Sep 11 2025 00:48:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1003 |
| 15040882 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 11 2025 00:49:00 | SPS, POB 65250, Salt Lake City, UT 84165-0250 |
| 15040884 | + | Email/Text: dbogucki@trumark.org | | |

| | | | | |
|---|---|---|---|---|
| District/off: 0313-2 | | User: admin | | Page 3 of 3 |
| Date Rcvd: Sep 10, 2025 | | Form ID: 309I | | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 15040885 | + | Email/Text: dbogucki@trumark.org | Sep 11 2025 00:49:00 | Trumark Financial, POB 8127, Fort Washington, PA 19034-8127 |
| | | | Sep 11 2025 00:49:00 | Trumark Financial, 335 Commerce Drive, Fort Washington, PA 19034-2701 |
| 15040886 | | Email/Text: bknotice@upgrade.com | Sep 11 2025 00:48:00 | Upgrade Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 15040891 | + | Email/Text: bk@avant.com | Sep 11 2025 00:49:00 | WEBBANK/AVANT, 222 West Merhandise Mart Plaza, Ste 90, Chicago, IL 60654-1103 |
| 15040888 | | Email/Text: megan.harper@phila.gov | Sep 11 2025 00:49:00 | Water Revenue Bureau, Philadeklphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL D. SAYLES | on behalf of Debtor Nathan N. Thomas midusa1@comcast.net midusa1@outlook.com |
| RYAN PETER SRNIK | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Cert ryan.srnik@brockandscott.com, wbecf@brockandscott.com |
| SHERRI DICKS | on behalf of Creditor The Bank of New York Mellon sdicks@raslg.com shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor Deutsche Bank National Trust Company sdicks@raslg.com shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Nathan N. Thomas<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–7233<br>EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 13    8/19/25 |
| Case number: | 25–13289–djb | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                       10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Nathan N. Thomas | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3047 North 22nd Street<br>Philadelphia, PA 19132 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL D. SAYLES<br>Michael D. Sayles<br>PO Box 11222<br>Elkins Park, PA 19027 | Contact phone 215–635–2270<br><br>Email: midusa1@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 9/10/25 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 10, 2025 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | **Location:**<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 362–3661, Enter Meeting ID 224 079 6575, and Passcode 6266025562**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/9/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/28/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/15/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | A plan has NOT been filed to date. Once the plan is filed, debtor shall serve the plan on parties in accordance with Local Rule 3015–2. The hearing on confirmation will be held on:<br>**11/13/25** at **9:30 AM** , Location: **Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |