| Fill in this information to identify the case: |
|---|
| Debtor 1   Nathan N. Thomas |
| Debtor 2   _____ |
| (Spouse, if filing) |
| United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA |
| Case number 25-13289-djb |

# Official Form 410S1
## Notice of Mortgage Payment Change                                        12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-11

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 7726

**Date of payment change:** 12/1/2025
Must be at least 21 days after date of this notice

**New total payment:** $378.63
Principal, interest, and escrow, if any

---

**Part 1:   Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ■ No.
   ☐ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: _                    New escrow payment:

**Part 2:   Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ■ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:          10.62500%              New interest rate:           10.37500%

   Current principal and interest payment:  $382.42    New principal and interest payment: $378.63

**Part 3:   Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment                    New mortgage payment:

---

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Debtor 1  <u>Nathan N. Thomas</u>  Case number *(if known)* <u>25-13289-djb</u>
  Print Name    Middle Name    Last Name

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Jordan Katz</u>         Date  <u>10/13/2025</u>
  Signature

Print     <u>Jordan Katz</u>                         Title   <u>Authorized Agent for Creditor</u>
          First Name      Middle Name    Last Name

Company   <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address   <u>13010 Morris Rd, Suite 450</u>
          Number         Street

          <u>Alpharetta</u>                               <u>GA</u>      <u>30004</u>
          City                                          State    ZIP Code

Contact Phone  <u>470-321-7112</u>                                Email  <u>jkatz@raslg.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  10/17/2025 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Nathan N. Thomas
3047 North 22nd Street
Philadelphia, PA 19132

And via electronic mail to:

MICHAEL D. SAYLES
Michael D. Sayles
PO Box 11222
Elkins Park, PA 19027

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Olivia Pagan



October 7, 2025



NATHAN N THOMAS
3047 N 22ND ST
PHILADELPHIA, PA 19132

**Account Number:**
**Property Address:**   3064 NORTH STILLMAN
PHILADELPHIA, PA 19132

Dear Customer(s):

SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is committed to providing you with the information you need to manage the account's home mortgage payments.

**CHANGES TO THE MORTGAGE INTEREST RATE AND PAYMENTS ON 12/01/2025.**

Under the terms of the account's Adjustable-Rate Mortgage, you had a 6 month period during which the interest rate and principal and interest payment remained the same. The interest rate initially changed on 05/01/2014 and may change every 6 month(s) for the life of the mortgage. The rate is scheduled to change again on 05/01/2026 with a corresponding payment change on 06/01/2026.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 10.62500% | 10.37500% |
| Principal | $138.76 | $141.91 |
| Interest | $243.66 | $236.72 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| **Total Monthly Payment** | $382.42 | $378.63 Due 12/01/2025 |

<u>**Interest Rate:**</u> We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 4.27416% and the margin is 6.05000%. The index is the FTSE USD IBOR CONSUMER CASH FALLBACK 6-MONTH and is published MONTHLY AT LSEG.COM.

<u>**Rate Limits:**</u> The rate cannot go higher than 14.30000% or less than 7.30000% over the life of the loan.

The rate can change each subsequent period by no more than 1.50000%.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new payment is based on the FTSE USD IBOR CONSUMER CASH FALLBACK 6-MONTH, the margin, rounding of 0.12500%, the account balance of $27,380.22, and the remaining amortized loan term of 114 months.

Please note that if you are currently set up on our automatic withdrawal program (ACH), the monthly payment will change to match the amount provided in this notice. This change will be made as of the first scheduled automatic payment after the date this payment change is effective.

**Prepayment Penalty**: None

If you seek an alternative to the changes to the interest rate and payment, the following options may be possible (subject to lender approval):
- Refinance the loan with another lender;
- Sell your home and use the proceeds to pay off the current loan;
- Modify the loan terms with us;
- Payment forbearance, which temporarily gives you more time to pay the monthly payment.

Please contact our Customer Service Department toll-free at 800-258-8602 for more information. Representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

If you would like counseling or assistance you can contact the following: U.S. Department of Housing and Urban Development. For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**