L.B.F 9014-3A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>NATHAN N. THOMAS<br>　　Debtor | Case No. 25-13289-djb<br><br>Chapter 13 |
| HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2,<br>　　Movant | |
| vs.<br>NATHAN N. THOMAS<br>　　And<br>VERONICA M. THOMAS, (NON-FILING CO-DEBTOR)<br>　　Respondents | 11 U.S.C. §362 and §1301 |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND TELEPHONIC OR VIDEO HEARING DATE

HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 (hereinafter "Movant") has filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay with the Court.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the Court to consider your views on the motion, then on or before **January 16, 2026**, **you or your attorney must file a response to the Motion.** *(see Instructions on next page).*

3. A hearing on the Motion is scheduled to be held on **January 29, 2026** at **11:00 AM**. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

    ☐ Telephonic via:

    ☒ Video Conference using the following link: ZOOMGOV.COM (Meeting ID: 161 0657 4791) . If no link is provided, the video conference link will be included on the hearing calendar.

⊠  In-Person participation is also available for this hearing.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## **Filing Instructions**

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at

    <u>United States Bankruptcy Court</u>
    <u>Robert N.C. Nix, Sr. Federal Building and Courthouse</u>
    <u>900 Market Street, Suite 400</u>
    <u>Philadelphia, PA 19107-4299</u>

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    BROCK & SCOTT, PLLC
    3825 Forrestgate Dr.
    Winston-Salem, NC 27103
    Telephone:  844-856-6646
    Facsimile:  704-369-0760
    E-Mail:  PABKR@brockandscott.com

January 2, 2026

L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>NATHAN N. THOMAS<br>    Debtor | Case No. 25-13289-djb |
| HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2,<br>    Movant | Chapter 13 |
| vs.<br>NATHAN N. THOMAS<br>    And<br>VERONICA M. THOMAS, (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on January 2, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Motion and Motion for Relief from the Automatic Stay

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: January 2, 2026

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Michael D. Sayles
PO Box 11222
Elkins Park, PA 19027
midusa1@comcast.net
Debtor's Attorney
Via:  ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

Kenneth E. West,
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
Bankruptcy Trustee
Via:  ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
US Trustee
Via:  ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

Nathan N. Thomas
3047 North 22nd Street
Philadelphia, PA 19132
Debtor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

VERONICA M. THOMAS
3047 NORTH 22ND STREET
PHILADELPHIA, PA 19132
Co-Debtor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other: