**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nathan N. Thomas** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number  25-13289
(if known)

■ Check if this is an amended filing

## Official Form 106D
### Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **Ally Financial**<br>Creditor's Name<br><br>**PO Box 380901**<br>**Minneapolis, MN**<br>**55438-0901**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>**2020 BMW X4 M 70000 miles**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$53,000.00** | **$31,000.00** | **$22,000.00** |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

Debtor 1  **Nathan N. Thomas**  
_First Name_  _Middle Name_  _Last Name_

Case number (if known)  **25-13289**

---

| 2.2 | **City od Philadelphia** | **Describe the property that secures the claim:** | $4,000.00 | $51,200.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Department of Revenue
POB 41496
Philadelphia, PA
19101-1496**

_Number, Street, City, State & Zip Code_

**2748 Ringgold Street Philadelphia, PA 19132-3208  Philadelphia County fmv of $64,000.00 minus 20% cost of sale equal**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

| 2.3 | **City of Philadelphia** | **Describe the property that secures the claim:** | $6,000.00 | $59,520.00 | $3,480.00 |
|---|---|---|---|---|---|

Creditor's Name

**Water Revenue Department
cLaw Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102**

_Number, Street, City, State & Zip Code_

**3064 N. Stillman Street Philadelphia, PA 19132-1305  Philadelphia County fmv of $74,400.00 minus 20% cost of sale equal $59,520.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** **8001**

---

| 2.4 | **City of Philadelphia** | **Describe the property that secures the claim:** | $5,200.00 | $84,100.00 | $5,200.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19107**

_Number, Street, City, State & Zip Code_

**3036 N. 21st Street Philadelphia, PA 19132-1513  Philadelphia County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

Debtor 1  **Nathan N. Thomas**  
First Name  Middle Name  Last Name

Case number (if known)  **25-13289**

---

**2.5  City of Philadelphia**  
Creditor's Name

**CLaw Department**
**1401 JFK Blvd., 5th Floor**
**Philadelphia, PA**
**19102-1595**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**3043 N 22nd Street Philadelphia, PA 19132-1514  Philadelphia County fmv of $130,500.00 mius 20% cost of sale equal $104,400.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

$1,600.00   $104,400.00   $0.00

---

**2.6  City of Philadelphia**  
Creditor's Name

**c/o Law Department**
**1515 Arch Street, 14th Floor**
**Philadelphia, PA 19107**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**3043 N 22nd Street Philadelphia, PA 19132-1514  Philadelphia County fmv of $130,500.00 mius 20% cost of sale equal $104,400.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

$4,500.00   $104,400.00   $0.00

---

**2.7  City of Philadelphia**  
Creditor's Name

**CLaw Department**
**1401 JFK Blvd., 5th Floor**
**Philadelphia, PA**
**19102-1595**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**3064 N. Stillman Street Philadelphia, PA 19132-1305  Philadelphia County fmv of $74,400.00 minus 20% cost of sale equal $59,520.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

$15,000.00   $59,520.00   $0.00

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 9

Debtor 1  **Nathan N. Thomas**
First Name   Middle Name   Last Name

Case number (if known) **25-13289**

---

| 2.8 | **PHH Mortgage** | | $47,000.00 | $72,800.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**3047 N. 22nd Street Philadelphia, PA 19132-1514  Philadelphia County FMV of $91,000 minus 20% cost of sale equal 72,800.00**

**POB 24738**
**West Palm Beach, FL 33416**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** **3340**

---

| 2.9 | **Philadelphia Federal Credit Union** | | $68,000.00 | $84,100.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**3036 N. 21st Street Philadelphia, PA 19132-1513  Philadelphia County**

**1206 Chestnut Street Philadelphia, PA 19107**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** **1473**

---

Debtor 1  **Nathan N. Thomas**  
First Name   Middle Name   Last Name

Case number (if known)   **25-13289**

---

**2.10**

**SPS**  
Creditor's Name

POB 65250  
Salt Lake City, UT  
84165-0250  
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**3222 N. Stillman Street Philadelphia, PA 19129  Philadelphia County  fmv of $53,900.00 minus 20% cost of sale equal 43,120.00**

**$45,000.00**  **$43,120.00**  **$1,880.00**

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Who owes the debt?** Check one.  
■ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.  
■ An agreement you made (such as mortgage or secured car loan)  
☐ Statutory lien (such as tax lien, mechanic's lien)  
☐ Judgment lien from a lawsuit  
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

**2.11**

**SPS**  
Creditor's Name

POB 65250  
Salt Lake City, UT  
84165-0250  
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**1613 W. Lehigh Avenue Philadelphia, PA 19132  Philadelphia County**

**$68,000.00**  **$134,800.00**  **$0.00**

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Who owes the debt?** Check one.  
■ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.  
■ An agreement you made (such as mortgage or secured car loan)  
☐ Statutory lien (such as tax lien, mechanic's lien)  
☐ Judgment lien from a lawsuit  
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** **7417**

---

Debtor 1  **Nathan N. Thomas**  
First Name   Middle Name   Last Name

Case number (if known)  **25-13289**

---

**2.12** **SPS**  
Creditor's Name

POB 65250  
Salt Lake City, UT 84165-0250  
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** $42,000.00  $59,520.00  $0.00

**3064 N. Stillman Street Philadelphia, PA 19132-1305  Philadelphia County  fmv of $74,400.00 minus 20% cost of sale equal $59,520.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

**2.13** **Trumark Financial**  
Creditor's Name

335 Commerce Drive  
Fort Washington, PA 19034  
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** $40,000.00  $51,200.00  $0.00

**2748 Ringgold Street Philadelphia, PA 19132-3208  Philadelphia County  fmv of $64,000.00 minus 20% cost of sale equal**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

Debtor 1  **Nathan N. Thomas**                                          Case number (if known)  **25-13289**
          First Name    Middle Name    Last Name

---

**2.14**  **Water Revenue Bureau**    Describe the property that secures the claim:    $6,700.00    $51,200.00    $0.00

Creditor's Name

**Philadeklphia Department of Revenue 1401 JFK Boulevard Philadelphia, PA 19102-1663**

**2748 Ringgold Street Philadelphia, PA 19132-3208  Philadelphia County fmv of $64,000.00 minus 20% cost of sale equal**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

**2.15**  **Water Revenue Bureau**    Describe the property that secures the claim:    $6,400.00    $72,800.00    $0.00

Creditor's Name

**City of Philadelphia Law Department Bankruptcy Group, MSB 1401 JFK Blvd. Philadelphia, PA 19102-1595**

**3047 N. 22nd Street Philadelphia, PA 19132-1514  Philadelphia County FMV of $91,000 minus 20% cost of sale equal 72,800.00**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

| Debtor 1 | **Nathan N. Thomas** | | Case number (if known) | **25-13289** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| 2.16 | **Water Revenue Bureau Help Loan** | **Describe the property that secures the claim:** | $6,000.00 | $43,120.00 | $6,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**3222 N. Stillman Street Philadelphia, PA 19129  Philadelphia County fmv of $53,900.00 minus 20% cost of sale equal 43,120.00**

**PO Box 41496
Philadelphia, PA
19101-1496**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

| 2.17 | **Water Revenue Bureau Help Loan** | **Describe the property that secures the claim:** | $18,000.00 | $84,100.00 | $1,900.00 |
|---|---|---|---|---|---|

Creditor's Name

**3036 N. 21st Street Philadelphia, PA 19132-1513  Philadelphia County**

**PO Box 41496
Philadelphia, PA
19101-1496**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

Add the dollar value of your entries in Column A on this page. Write that number here: **$436,400.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$436,400.00**

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
**City of Philadelphia
CLaw Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102-1595**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number  ___

| Debtor 1 | **Nathan N. Thomas** | | | Case number (if known) | **25-13289** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

[ ]  Name, Number, Street, City, State & Zip Code
**City of Philadelphia**
**Department of Revenue**
**Minicipal Services Bldg Grand Concourse**
**1401 John F. Kennedy Blvd**
**Philadelphia, PA 19102**

On which line in Part 1 did you enter the creditor?  __2.2__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**City of Philadelphia**
**Law-Tax & Revenue Unit**
**1401 JFK Blvd., 5th Floor**
**Philadelphia, PA 19102**

On which line in Part 1 did you enter the creditor?  __2.2__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**City of Philadelphia**
**Department of Revenue**
**PO Box 148**
**Philadelphia, PA 19105-0148**

On which line in Part 1 did you enter the creditor?  __2.2__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**City of Philadelphia**
**c/o Law Department**
**1515 Arch Street, 14th Floor**
**Philadelphia, PA 19107**

On which line in Part 1 did you enter the creditor?  __2.2__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**Water Revenue Bureau**
**Philadeklphia Department of Revenue**
**1401 JFK Boulevard**
**Philadelphia, PA 19102-1663**

On which line in Part 1 did you enter the creditor?  __2.17__

Last 4 digits of account number ___

---