**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                        :        CHAPTER 13
     **NATHAN N. THOMAS**    :        Hearing: March 26, 2026 – 11:00 AM
                        :        No. 25-13289 (djb)

**AFFIDAVIT of JOAN SHAPPELL,**
**VICE PRESIDENT of PHILADELPHIA FEDERAL CREDIT UNION**

I, Joan Shappell, do hereby certify and state, under penalty of 28 U.S.C. §1746 that:

A.      I am a Vice President of Philadelphia Federal Credit Union (**"PFCU"**).

B.      I am authorized to take this Affidavit on PFCU'S behalf, and I have sufficient knowledge of the relevant facts to properly do so.

C.      The monthly payment on the Debtor's PFCU mortgage loan varies, as set forth in the instant Motion, and is due on the 28th of each month.

D.      This bankruptcy case was filed on August 19, 2025. Therefore, <u>seven</u> monthly payments, totalling $5,256.00 have fallen due from the filing date to today.

E.      During the pendency of this case, the Debtor has made no post-petition payments on account of his PFCU mortgage loan.

F.      To the best of PFCU's knowledge, the Debtor has no hazard insurance on the mortgaged property.

                       **PHILADELPHIA FEDERAL CREDIT UNION**

By:     _Joan Shappell_
             Joan Shappell, Vice President

Date: March 25, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **NATHAN N. THOMAS** | : | Hearing: March 26, 2026 – 11:00 AM |
| | : | No. 25-13289 (djb) |

**CERTIFICATE of SERVICE**

I hereby certify that I sent a copy of the foregoing Affidavit to each of the persons

named below, by First Class Mail (unless otherwise stated) on March 25, 2026:

Nathan N. Thomas                                   (first class mail)
3036 N. 21st Street
Philadelphia, PA 19132

Michael D. Sayles, Esquire                         (served by ECF)
Counsel for the Debtor

Kenneth E. West, Esquire                           (served by ECF)
Chapter 13 Trustee

Office of the US Trustee                            (served by ECF)


**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:**     /s/ *William J. Levant, Esquire*
            **William J. Levant, Esquire**
            Kaplin Stewart Meloff Reiter & Stein, P.C.
            910 Harvest Drive; P.O. Box 3037
            Blue Bell, PA 19422
            Phone: (610) 941-2474
            Facsimile: (610) 684-2020
            wlevant@kaplaw.com
            Attorneys for Philadelphia Federal Credit Union