### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **NATHAN N. THOMAS** | : | No. 25-13289 (djb) |
| | : | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**AND NOW**, this _____ day of _____, 2026, upon consideration of the Motion of Philadelphia Federal Credit Union (**"PFCU"**) pursuant to §§362(d) and (e) for Relief from the Automatic Stay under Section 362(a) of the Bankruptcy Code (the **"Motion"**), and notice and opportunity for hearing thereon, it is hereby

**ORDERED**, that the Motion be, and the same hereby is, granted, and it is further

**ORDERED**, that the Automatic Stay afforded by §362(a) of the Bankruptcy Code be, and hereby is, **MODIFIED** to the extent necessary to permit PFCU to exercise its rights as a secured creditor of the Debtor, as more fully set forth in the Motion, pursuant to the Note and Mortgage, and applicable non-bankruptcy law, by commencing or continuing an action to foreclose its Mortgage upon the Debtor's real property located at 3036 North 21st Street, Philadelphia, PA 19122, and causing the Sheriff's Sale thereof.

**BY THE COURT:**

**Date: March 27, 2026**

_____
DEREK J. BAKER
United States Bankruptcy Judge