United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 25-13289-djb

Nathan N. Thomas                                                                Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 27, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nathan N. Thomas, 3047 North 22nd Street, Philadelphia, PA 19132-1514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Cert andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor The Bank of New York Mellon jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                                    User: admin                                            Page 2 of 2
Date Rcvd: Mar 27, 2026                            Form ID: pdf900                                      Total Noticed: 1

MATTHEW K. FISSEL
                        on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset
                        Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate
                        bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MEGAN N. HARPER
                        on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHAEL D. SAYLES
                        on behalf of Debtor Nathan N. Thomas midusa1@comcast.net  midusa1@outlook.com

MICHELLE L. MCGOWAN
                        on behalf of Creditor Wilmington Trust  NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset
                        Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass- Through Certificat mimcgowan@raslg.com

MICHELLE L. MCGOWAN
                        on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset
                        Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate mimcgowan@raslg.com

ROBERT BRIAN SHEARER
                        on behalf of Creditor Wilmington Trust  N.A. rshearer@raslg.com

SARA ELIZABETH SWIETNICKI
                        on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-11
                        sswietnicki@raslg.com

SHERRI DICKS
                        on behalf of Creditor The Bank of New York Mellon sdicks@raslg.com  shrdlaw@outlook.com

SHERRI DICKS
                        on behalf of Creditor Deutsche Bank National Trust Company sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT
                        on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com


TOTAL: 16

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                        :       CHAPTER 13
    **NATHAN N. THOMAS**              :        No. 25-13289 (djb)
                                        :

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**AND NOW**, this _____ day of _____, 2026, upon consideration of the Motion of Philadelphia Federal Credit Union (**"PFCU"**) pursuant to §§362(d) and (e) for Relief from the Automatic Stay under Section 362(a) of the Bankruptcy Code (the **"Motion"**), and notice and opportunity for hearing thereon, it is hereby

**ORDERED**, that the Motion be, and the same hereby is, granted, and it is further

**ORDERED**, that the Automatic Stay afforded by §362(a) of the Bankruptcy Code be, and hereby is, **MODIFIED** to the extent necessary to permit PFCU to exercise its rights as a secured creditor of the Debtor, as more fully set forth in the Motion, pursuant to the Note and Mortgage, and applicable non-bankruptcy law, by commencing or continuing an action to foreclose its Mortgage upon the Debtor's real property located at 3036 North 21st Street, Philadelphia, PA 19122, and causing the Sheriff's Sale thereof.

                    **BY THE COURT:**

**Date: March 27, 2026**

_____
DEREK J. BAKER
United States Bankruptcy Judge