## Earnings Statement

**ADP®**

| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|-----|------|-------|-------|-------|--|
| F2O | 000170 | | | 0000300102 | 1 |

INFINITY LOVE HOME CARE LLC
3034 N 22ND ST
PHILADELPHIA    PA 19132-1515
PHONE  215 315 3658

Period Beginning:  07/14/2025
Period Ending:  07/20/2025
Pay Date:  07/25/2025

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

NATHAN  THOMAS
3047  NORTH  22ND  STREET
PHILADELPHIA  PA  19132

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.0000 | 45.00 | 585.00 | 12,187.50 |
| Overtime | 19.5000 | 8.00 | 156.00 | 716.63 |
| Bonus | | | | 600.00 |
| Holiday | | | | 151.78 |
| Holiday Pay | | | | 161.85 |
| **Gross Pay** | | | **$741.00** | 13,817.76 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 53.00 | |

**Important Notes**

COMPANY  PH#:(267)  752-3877

BASIS  OF  PAY: HOURLY

| Deductions | Statutory | | year to date |
|------------|-----------|--|--------------|
| | Federal Income Tax | -49.72 | 594.79 |
| | Social Security Tax | -45.94 | 856.70 |
| | Medicare Tax | -10.75 | 200.36 |
| | PA State Income Tax | -22.75 | 424.23 |
| | Philadelphia Income Tax | -27.71 | 517.91 |
| | PA SUI Tax | -0.52 | 9.67 |
| **Net Pay** | | **$583.61** | |
| CHECKING | | -583.61 | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**

Exemptions/Allowances:
  PA:     0

Your federal taxable wages this period are $741.00

© 2000 ADP. Inc.

INFINITY LOVE HOME CARE LLC
3034 N 22ND ST
PHILADELPHIA   PA 19132-1515
PHONE 215 315 3658

Advice number:  00000300102
Pay date:  07/25/2025

Deposited  to the account  of
NATHAN  THOMAS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3748 | xxxx  xxxx | $583.61 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|-----|------|-------|-------|-------|---|
| F2O | 000170 | | | 0000314103 | 1 |

## Earnings Statement

**ADP**

INFINITY LOVE HOME CARE LLC
3034 N 22ND ST
PHILADELPHIA    PA 19132-1515
PHONE  215 315 3658

| Period Beginning: | 07/21/2025 |
|---|---|
| Period Ending: | 07/27/2025 |
| Pay Date: | 08/01/2025 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
    Federal: Standard  Withholding  Table

NATHAN  THOMAS
3047  NORTH  22ND  STREET
PHILADELPHIA  PA  19132

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 12,707.50 |
| Overtime | 19.5000 | 1.25 | 24.38 | 741.01 |
| Bonus | | | | 600.00 |
| Holiday | | | | 151.78 |
| Holiday Pay | | | | 161.85 |
| **Gross Pay** | | | **$544.38** | 14,362.14 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 41.25 | |

**Important Notes**
COMPANY  PH#:(267)  752-3877

BASIS OF PAY: HOURLY

| Deductions | Statutory | | year to date |
|---|---|---|---|
| | Federal Income Tax | -26.12 | 620.91 |
| | Social Security Tax | -33.75 | 890.45 |
| | Medicare Tax | -7.89 | 208.25 |
| | PA State Income Tax | -16.71 | 440.94 |
| | Philadelphia Income Tax | -20.36 | 538.27 |
| | PA SUI Tax | -0.38 | 10.05 |
| | **Net Pay** | **$439.17** | |
| | CHECKING | -439.17 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Exemptions/Allowances:
  PA:          0

Your  federal  taxable  wages  this  period  are  $544.38

© 2000  ADP,  Inc

INFINITY  LOVE  HOME  CARE  LLC
3034  N  22ND  ST
PHILADELPHIA    PA  19132-1515
PHONE  215 315 3658

| Advice number: | 00000314103 |
|---|---|
| Pay date: | 08/01/2025 |

THIS IS NOT A CHECK

Deposited  to  the  account  of
**NATHAN  THOMAS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3748 | xxxx  xxxx | $439.17 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR |
|---|---|---|---|---|
| F2O | 000170 | | | 0000280101   1 |

# Earnings Statement

**ADP®**

INFINITY LOVE HOME CARE LLC
3034 N 22ND ST
PHILADELPHIA    PA  19132-1515
PHONE  215 315 3658

Period Beginning:     06/30/2025
Period Ending:        07/06/2025
Pay Date:             07/11/2025

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
    Federal: Standard  Withholding  Table

NATHAN  THOMAS
3047  NORTH  22ND  STREET
PHILADELPHIA  PA  19132

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 32.55 | 423.15 | 11,082.50 |
| Overtime | 19.5000 | 12.75 | 248.63 | 248.63 |
| Holiday Pay | 13.0000 | 7.45 | 96.85 | 161.85 |
| Bonus | | | | 600.00 |
| Holiday | | | | 151.78 |
| **Gross Pay** | | | **$768.63** | 12,244.76 |

## Deductions

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -53.03 | 484.43 |
| | Social Security Tax | -47.66 | 759.18 |
| | Medicare Tax | -11.15 | 177.55 |
| | PA State Income Tax | -23.60 | 375.94 |
| | Philadelphia Income Tax | -28.75 | 459.08 |
| | PA SUI Tax | -0.54 | 8.57 |
| **Net Pay** | | **$603.90** | |
| CHECKING | | -603.90 | |
| **Net Check** | | **$0.00** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 45.30 | |

### Important Notes
COMPANY  PH#:(267)  752-3877

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Exemptions/Allowances:
    PA:          0

Your federal taxable wages this period are $768.63

© 2000 ADP, Inc.

INFINITY LOVE HOME CARE LLC
3034 N 22ND ST
PHILADELPHIA    PA  19132-1515
PHONE  215 315 3658

Advice number:     00000280101
Pay date:          07/11/2025

Deposited to the account of
**NATHAN  THOMAS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3748 | xxxx  xxxx | $603.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**