Accounts    Reporting

| | |
|---|---|
| **Payee Name:** NATHAN N THOMAS<br><br>**Address:** 3047 N 22ND STREET<br>PHILADELPHIA, PA 19132<br><br>Change Address (/da/bdw/bdw/bdw/account-management) | **Status:** Deposited<br>**Status Date:** 09/01/2025<br>**Payable Date:** 09/01/2025<br>**Net Amount:** $2,838.50 |

## PAYMENT SUMMARY

| PAY SOURCE | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| PAYMENT | $2,838.50 | $25,546.50 |
| Total | $2,838.50 | $25,546.50 |

## DEDUCTION SUMMARY

| DEDUCTION | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| FED TAX | $0.00 | $50.00 |
| Total | $0.00 | $50.00 |

## TAX INFORMATION

| Withholdings Elections |
|---|
| Federal No Withholding |
| State No Withholding |

| YEAR TO DATE TAX INFORMATION | |
|---|---|
| Total Gross: | $25,546.50 |
| Total Taxable: | $25,546.50 |
| Federal Tax Withheld: | $50.00 |

| PAYMENT INFORMATION | |
|---|---|
| ACH Bank Transit Number: | *****0053 |
| ACH Account Number: | **************3756 |
| ACH Account Type: | Checking |

***************3756

Checking

Q Search



Accounts    Reporting

| Payee Name: | NATHAN N THOMAS | | Status: | Deposited |
| Address: | 3047 N 22ND STREET | | Status Date: | 10/01/2025 |
| | PHILADELPHIA, PA 19132 | | Payable Date: | 10/01/2025 |
| | Change Address (/da/bdw/bdw/bdw/account-management) | | Net Amount: | $2,838.50 |

## PAYMENT SUMMARY

| PAY SOURCE | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| PAYMENT | $2,838.50 | $28,385.00 |
| Total | $2,838.50 | $28,385.00 |

## DEDUCTION SUMMARY

| DEDUCTION | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| FED TAX | $0.00 | $50.00 |
| Total | $0.00 | $50.00 |

## TAX INFORMATION

| Withholdings Elections |
|---|


### YEAR TO DATE TAX INFORMATION

| Total Gross: | $28,385.00 |
|---|---|
| Total Taxable: | $28,385.00 |
| Federal Tax Withheld: | $50.00 |

### PAYMENT INFORMATION

| ACH Bank Transit Number: | *****0053 |
|---|---|
| ACH Account Number: | *************3756 |
| ACH Account Type: | Checking |

Accounts      Reporting

| | |
|---|---|
| Payee Name: NATHAN N THOMAS | Status: Deposited |
| Address: 3047 N 22ND STREET PHILADELPHIA, PA 19132 | Status Date: 11/01/2025 |
| | Payable Date: 11/01/2025 |
| | Net Amount: $2,838.50 |

Change Address (/da/bdw/bdw/bdw/account-management)

## PAYMENT SUMMARY

| PAY SOURCE | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| | 0 | $31,223.50 |
| | 0 | $31,223.50 |

Save as    Ctrl+S

Print    Ctrl+P

Inspect

### Withholdings Elections

Federal No Withholding

State No Withholding

## DEDUCTION SUMMARY

| DEDUCTION | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| FED TAX | $0.00 | $50.00 |
| Total | $0.00 | $50.00 |

### YEAR TO DATE TAX INFORMATION

| | |
|---|---|
| Total Gross: | $31,223.50 |
| Total Taxable: | $31,223.50 |
| Federal Tax Withheld: | $50.00 |

## PAYMENT INFORMATION

| | |
|---|---|
| ACH Bank Transit Number: | *****0053 |
| ACH Account Number: | **************3756 |
| ACH Account Type: | Checking |

*************3756

Checking

Q Search










**Payee Name:** NATHAN N THOMAS

**Address:** 3047 N 22ND STREET
PHILADELPHIA, PA 19132

Change Address (/da/bdw/bdw/bdw/account-management)

**Status:** Deposited
**Status Date:** 12/01/2025
**Payable Date:** 12/01/2025
**Net Amount:** $2,838.50

## PAYMENT SUMMARY

| PAY SOURCE | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| PAYMENT | $2,838.50 | $34,062.00 |
| Total | $2,838.50 | $34,062.00 |

## DEDUCTION SUMMARY

| DEDUCTION | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| FED TAX | $0.00 | $50.00 |
| Total | $0.00 | $50.00 |

## TAX INFORMATION

| Withholdings Elections |
|---|
| Federal No Withholding |
| State No Withholding |

### YEAR TO DATE TAX INFORMATION

| | |
|---|---|
| Total Gross: | $34,062.00 |
| Total Taxable: | $34,062.00 |
| Federal Tax Withheld: | $50.00 |

### PAYMENT INFORMATION

| | |
|---|---|
| ACH Bank Transit Number: | *****0053 |
| ACH Account Number: | **************3756 |
| ACH Account Type: | Checking |