**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Nathan N. Thomas,<br>     Debtor.<br>WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST 2006-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5,<br>     Movant.<br>     v.<br>Nathan N. Thomas,<br>     Debtor/Respondent,<br>KENNETH E. WEST,<br>     Trustee/Respondent. | Bankruptcy No. 25-13289-djb<br><br>Chapter 13 |

**ORDER OF COURT**

AND NOW, this_____day of_, 2026, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Automatic Stay of Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

_____

**Date: June 18, 2026**

Derek J. Baker
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Nathan N. Thomas,<br><br>     Debtor.<br><br><br>WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST 2006-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5,<br><br>     Movant.<br><br>      v.<br><br>Nathan N. Thomas,<br><br>     Debtor/Respondent,<br>KENNETH E. WEST,<br><br>     Trustee/Respondent. | Bankruptcy No. 25-13289-djb<br><br>Chapter 13<br><br>Hearing Date: April 2, 2026<br>Hearing Time: 11:00 A.M.<br>Hearing Location: 900 Market Street, Second Floor, Courtroom Number #2 Philadelphia, PA 19107 |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY**

Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5 ("Secured Creditor" or "Movant"), and  Nathan N. Thomas, ("Debtor"), by and through the undersigned attorneys, hereby stipulate as follows:

**I.     BACKGROUND:**

1.  On May 8, 2006, Nathan Thomas executed and delivered a Promissory Note ("Note") and Mortgage

("Mortgage") securing payment of the Note in the amount of $108,000.00.

2. The Mortgage was recorded on May 11, 2006, with the Philadelphia County Recorder of Deeds.

3. The Mortgage was secured as a lien against the real property located in Philadelphia County commonly known as 1613W LEHIGH AVENUE PHILADELPHIA Pennsylvania 19132 (the "Property").

4. The Note and Mortgage were last assigned to Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5.

5. Debtor defaulted under the terms of the Note and Mortgage by failing to make monthly post-petition payments of principal, interest and escrow when they became due.  As of April 17, 2026, the post-petition arrears owed Movant is $10,008.56 and consists of past monthly mortgage payments for September 1, 2025 through December 1, 2025, in the amount of $1,254.65 each, for January 1, 2026 through April 1, 2026 in the amount of $1,247.49 each.

6.  Thus, Debtor's post-petition arrears currently totals $10,008.56.

7. Debtor further acknowledges that additional payments of principal, interest and escrow currently in the amount of $1,247.49, per month shall become due under the Note and Mortgage on the first (1st) of each successive month, beginning May 1, 2026 until the Note is paid in full. Debtor acknowledges that the monthly payment is subject to change and remains responsible for same.

8. Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, and Debtor desire to resolve Debtor's post-petition arrears in accordance with the terms set forth below:

II.    **STIPULATION FOR RELIEF FROM STAY**

9. Debtor confirms and acknowledges his financial obligations to Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5 under the Note and Mortgage.

10. Debtor further confirms and acknowledges his failure to make post-petition payments of principal, interest and escrow in the amount of post-petition arrearage as set forth in Paragraphs 5 and 6 above.

11. Debtor further confirms and acknowledges his obligation and agrees to make regular post-petition payments of principal, interest and escrow going forward from May 1, 2026, as set forth in Paragraph 7 above.

12. Debtor further agrees to file an Amended Plan within 30 days of the entry of an Order Approving this Stipulation that will include treatment of the post-petitions arrears owed to Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5.  The Plan shall include language that the post-petition arrears through  April 1, 2026 shall be paid over the remaining life of the plan in payments by the Chapter 13 Trustee.  If required, Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5 shall file a supplemental claim or amended proof of claim reflecting the post-petition arrears through April 1, 2026.

Payments should be remitted to:

**Select Portfolio Servicing, Inc.**

**P.O. Box 65450 Salt Lake City UT 84165-0450**

13. In the event that Debtor converts to a Chapter 7 bankruptcy during the pendency of this bankruptcy case, the Debtor(s) shall cure the pre-petition and post-petition arrears within ten (10) days from date of conversion.  Should the Debtor fail to cure the arrears, Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, will issue and serve upon Debtor's attorney written notification of default ("Notice") of this Stipulation.  If the default is not cured within fifteen (15) days of the Notice, Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, may file a Certification of Default with the Bankruptcy Court ("Court") and the Court shall enter an Order granting relief from the Automatic Stay.

14. In the event the Debtor defaults on his obligations under this Stipulation by failing to comply with the provisions as set forth above in Paragraph 11 and/or tender in full any of the payments described in Paragraph 12, on or before the dates upon which they are due, then Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, its successors and/or assigns shall serve attorney for the Debtor via facsimile, electronic mail, and/or First Class Mail, postage prepaid, with written notification of the default. In the event that Debtor fails to cure the default within fifteen (15) days of the date of the Notice, then, Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5 may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon Wilmington Trust,

NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, or its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation without further notice to Debtor or the Order of this Court.

15. In addition, Debtor agrees that he is not permitted more than two (2) defaults from the date of this Stipulation.  Debtor agrees that if he defaults under the terms of this Stipulation more than two (2) times, then, without further notice, Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, its successors and/or assigns may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation.

16. Neither Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5's consent to this Stipulation nor Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5's acceptance of any payments tendered by or on behalf of Debtor shall be construed as a waiver of Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5,

Mortgage Pass-Through Certificates, Series 2006-5's right to proceed with or commence a foreclosure other legal action against Debtor under this Stipulation.  However, Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, agrees to credit the mortgage account of Debtor for all payments made in accordance with this Stipulation, the Note and/or Mortgage.

17. This Stipulation may only be modified by a revised Stipulation filed on the docket in the U.S. Bankruptcy Court ("Court").  No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation as filed on the docket in the Bankruptcy.

18. Debtor hereby certifies and confirms that he has reviewed the terms of the Stipulation with his attorney, understands and is in agreement with the terms of this Stipulation, and authorizes his attorney to execute this Stipulation on his behalf.


IT IS HEREBY STIPULATED:

By: /s/  Robert Shearer                                      Date:   6/5/2026

Robert Shearer
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PA Bar No. 90600
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: rshearer@raslg.com
Attorneys for Movant

/s/ *Michael D. Sayles* _____*with express permission*     Date: _____June 5, 2026_____

**MICHAEL D. SAYLES**

Michael D. Sayles

PO Box 11222

Elkins Park, PA 19027

215-635-2270

Email: midusa1@comcast.net

NO OPPOSITION: <u>Without Prejudice to Any</u>
<u>Trustee Rights or Remedies</u>

/s/ <u>LeeAne O. Huggins</u>        ~~with express permission~~     Date: _____June 17, 2026_____

**KENNETH E. WEST**

Office of the Chapter 13 Standing Trustee

190 N. Independence Mall West

Suite 701

Philadelphia, PA 19106

215-627-1377