United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 25-13289-djb

Nathan N. Thomas                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 18, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

**Recip ID              Recipient Name and Address**
db                        + Nathan N. Thomas, 3047 North 22nd Street, Philadelphia, PA 19132-1514

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

**Name                              Email Address**

ANDREW L. SPIVACK

on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK

on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Cert andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CORINNE SAMLER BRENNAN

on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com

JORDAN MATTHEW KATZ

on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-11 jkatz@raslg.com

JORDAN MATTHEW KATZ

on behalf of Creditor The Bank of New York Mellon jkatz@raslg.com

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jun 18, 2026                       Form ID: pdf900                               Total Noticed: 1

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                    on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset
                    Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate
                    bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MEGAN N. HARPER
                    on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHAEL D. SAYLES
                    on behalf of Debtor Nathan N. Thomas midusa1@comcast.net  midusa1@outlook.com

MICHELLE L. MCGOWAN
                    on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset
                    Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate mimcgowan@raslg.com

MICHELLE L. MCGOWAN
                    on behalf of Creditor Wilmington Trust  NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset
                    Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass- Through Certificat mimcgowan@raslg.com

ROBERT BRIAN SHEARER
                    on behalf of Creditor Wilmington Trust  N.A. rshearer@raslg.com

ROBERT BRIAN SHEARER
                    on behalf of Creditor Wilmington Trust  NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset
                    Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass- Through Certificat rshearer@raslg.com

SARA ELIZABETH SWIETNICKI
                    on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-11
                    sswietnicki@raslg.com

SHERRI DICKS
                    on behalf of Creditor Wilmington Trust  NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset
                    Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass- Through Certificat sdicks@raslg.com,
                    shrdlaw@outlook.com

SHERRI DICKS
                    on behalf of Creditor The Bank of New York Mellon sdicks@raslg.com  shrdlaw@outlook.com

SHERRI DICKS
                    on behalf of Creditor Deutsche Bank National Trust Company sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT
                    on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com


TOTAL: 19

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Nathan N. Thomas,<br>    Debtor.<br>WILMINGTON TRUST, NA, SUCCESSOR<br>TRUSTEE TO CITIBANK, N.A., AS TRUSTEE<br>F/B/O HOLDERS OF STRUCTURED ASSET<br>MORTGAGE INVESTMENTS II INC., BEAR<br>STEARNS ALT-A TRUST 2006-5, MORTGAGE<br>PASS-THROUGH CERTIFICATES, SERIES<br>2006-5,<br>    Movant.<br>     v.<br>Nathan N. Thomas,<br>    Debtor/Respondent,<br>KENNETH E. WEST,<br>    Trustee/Respondent. | Bankruptcy No. 25-13289-djb<br><br>Chapter 13 |

**ORDER OF COURT**

AND NOW, this_____day of_, 2026, upon consideration of the foregoing Stipulation Resolving

Motion for Relief from Automatic Stay of Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as

Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-

5, Mortgage Pass-Through Certificates, Series 2006-5, it is hereby ORDERED that the Stipulation is

approved.

BY THE COURT:

_____

**Date: June 18, 2026**

Derek J. Baker
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Nathan N. Thomas,<br>　　　　Debtor.<br><br><br>WILMINGTON TRUST, NA, SUCCESSOR<br>TRUSTEE TO CITIBANK, N.A., AS TRUSTEE<br>F/B/O HOLDERS OF STRUCTURED ASSET<br>MORTGAGE INVESTMENTS II INC., BEAR<br>STEARNS ALT-A TRUST 2006-5, MORTGAGE<br>PASS-THROUGH CERTIFICATES, SERIES<br>2006-5,<br>　　　　Movant.<br>　　　　　v.<br>Nathan N. Thomas,<br>　　　　Debtor/Respondent,<br>KENNETH E. WEST,<br>　　　　Trustee/Respondent. | Bankruptcy No. 25-13289-djb<br><br>Chapter 13<br><br>Hearing Date: April 2, 2026<br>Hearing Time: 11:00 A.M.<br>Hearing Location: 900 Market Street,<br>Second Floor, Courtroom Number #2<br>Philadelphia, PA 19107 |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY**

Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5 ("Secured Creditor" or "Movant"), and  Nathan N. Thomas, ("Debtor"), by and through the undersigned attorneys, hereby stipulate as follows:

**I.    BACKGROUND:**

1. On May 8, 2006, Nathan Thomas executed and delivered a Promissory Note ("Note") and Mortgage

("Mortgage") securing payment of the Note in the amount of $108,000.00.

2. The Mortgage was recorded on May 11, 2006, with the Philadelphia County Recorder of Deeds.

3. The Mortgage was secured as a lien against the real property located in Philadelphia County commonly known as 1613W LEHIGH AVENUE PHILADELPHIA Pennsylvania 19132 (the "Property").

4. The Note and Mortgage were last assigned to Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5.

5. Debtor defaulted under the terms of the Note and Mortgage by failing to make monthly post-petition payments of principal, interest and escrow when they became due. As of April 17, 2026, the post-petition arrears owed Movant is $10,008.56 and consists of past monthly mortgage payments for September 1, 2025 through December 1, 2025, in the amount of $1,254.65 each, for January 1, 2026 through April 1, 2026 in the amount of $1,247.49 each.

6. Thus, Debtor's post-petition arrears currently totals $10,008.56.

7. Debtor further acknowledges that additional payments of principal, interest and escrow currently in the amount of $1,247.49, per month shall become due under the Note and Mortgage on the first (1st) of each successive month, beginning May 1, 2026 until the Note is paid in full. Debtor acknowledges that the monthly payment is subject to change and remains responsible for same.

8. Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, and Debtor desire to resolve Debtor's post-petition arrears in accordance with the terms set forth below:

II.    **STIPULATION FOR RELIEF FROM STAY**

9. Debtor confirms and acknowledges his financial obligations to Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5 under the Note and Mortgage.

10. Debtor further confirms and acknowledges his failure to make post-petition payments of principal, interest and escrow in the amount of post-petition arrearage as set forth in Paragraphs 5 and 6 above.

11. Debtor further confirms and acknowledges his obligation and agrees to make regular post-petition payments of principal, interest and escrow going forward from May 1, 2026, as set forth in Paragraph 7 above.

12. Debtor further agrees to file an Amended Plan within 30 days of the entry of an Order Approving this Stipulation that will include treatment of the post-petitions arrears owed to Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5. The Plan shall include language that the post-petition arrears through April 1, 2026 shall be paid over the remaining life of the plan in payments by the Chapter 13 Trustee. If required, Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5 shall file a supplemental claim or amended proof of claim reflecting the post-petition arrears through April 1, 2026.

Payments should be remitted to:

**Select Portfolio Servicing, Inc.**

**P.O. Box 65450 Salt Lake City UT 84165-0450**

13. In the event that Debtor converts to a Chapter 7 bankruptcy during the pendency of this bankruptcy case, the Debtor(s) shall cure the pre-petition and post-petition arrears within ten (10) days from date of conversion.  Should the Debtor fail to cure the arrears, Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, will issue and serve upon Debtor's attorney written notification of default ("Notice") of this Stipulation.  If the default is not cured within fifteen (15) days of the Notice, Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, may file a Certification of Default with the Bankruptcy Court ("Court") and the Court shall enter an Order granting relief from the Automatic Stay.

14. In the event the Debtor defaults on his obligations under this Stipulation by failing to comply with the provisions as set forth above in Paragraph 11 and/or tender in full any of the payments described in Paragraph 12, on or before the dates upon which they are due, then Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, its successors and/or assigns shall serve attorney for the Debtor via facsimile, electronic mail, and/or First Class Mail, postage prepaid, with written notification of the default. In the event that Debtor fails to cure the default within fifteen (15) days of the date of the Notice, then, Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5 may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon Wilmington Trust,

NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage

Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates,

Series 2006-5, or its successors and/or assigns may exercise its rights against the mortgaged

property under the terms of this Stipulation without further notice to Debtor or the Order of this

Court.

15. In addition, Debtor agrees that he is not permitted more than two (2) defaults from the date of this

Stipulation.  Debtor agrees that if he defaults under the terms of this Stipulation more than two (2)

times, then, without further notice, Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as

Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A

Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, its successors and/or assigns

may file a Certification of Default with the Court and the Court shall enter an Order granting relief

from the Automatic Stay, where upon Wilmington Trust, NA, Successor Trustee to Citibank,

N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns

ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, its successors and/or

assigns may exercise its rights against the mortgaged property under the terms of this Stipulation.

16. Neither Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of

Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-

Through Certificates, Series 2006-5's consent to this Stipulation nor Wilmington Trust, NA,

Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage

Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates,

Series 2006-5's acceptance of any payments tendered by or on behalf of Debtor shall be construed

as a waiver of Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o

Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5,

Mortgage Pass-Through Certificates, Series 2006-5's right to proceed with or commence a foreclosure other legal action against Debtor under this Stipulation.  However, Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificates, Series 2006-5, agrees to credit the mortgage account of Debtor for all payments made in accordance with this Stipulation, the Note and/or Mortgage.

17. This Stipulation may only be modified by a revised Stipulation filed on the docket in the U.S. Bankruptcy Court ("Court").  No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation as filed on the docket in the Bankruptcy.

18. Debtor hereby certifies and confirms that he has reviewed the terms of the Stipulation with his attorney, understands and is in agreement with the terms of this Stipulation, and authorizes his attorney to execute this Stipulation on his behalf.


IT IS HEREBY STIPULATED:

By: /s/ Robert Shearer                              Date: 6/5/2026
Robert Shearer
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PA Bar No. 90600
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: rshearer@raslg.com
Attorneys for Movant

/s/ *Michael D. Sayles* *with express permission*        Date:   June 5, 2026

**MICHAEL D. SAYLES**

Michael D. Sayles
PO Box 11222
Elkins Park, PA 19027
215-635-2270
Email: midusa1@comcast.net


NO OPPOSITION: <u>Without Prejudice to Any
Trustee Rights or Remedies</u>

/s/ <u>LeeAne O. Huggins</u>       ~~with express permission~~        Date:   <u>June 17, 2026</u>

**KENNETH E. WEST**

Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
215-627-1377