Accounts    Reporting

| Payee Name: | NATHAN N THOMAS | | | | |
|---|---|---|---|---|---|
| Address: | 3047 N 22ND STREET PHILADELPHIA, PA 19132 | | Status: | Deposited | |
| | | | Status Date: | 07/01/2025 | |
| | | | Payable Date: | 07/01/2025 | |
| | Change Address (/da/bdw/bdw/bdw/account-management) | | Net Amount: | $2,838.50 | |

## PAYMENT SUMMARY

| PAY SOURCE | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| PAYMENT | $2,838.50 | $19,869.50 |
| Total | $2,838.50 | $19,869.50 |

## DEDUCTION SUMMARY

| DEDUCTION | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| FED TAX | $0.00 | $50.00 |
| Total | $0.00 | $50.00 |

## TAX INFORMATION

| Withholdings Elections |
|---|
| Federal No Withholding |
| State No Withholding |

| YEAR TO DATE TAX INFORMATION | |
|---|---|
| Total Gross: | $19,869.50 |
| Total Taxable: | $19,869.50 |
| Federal Tax Withheld: | $50.00 |

## PAYMENT INFORMATION

| ACH Bank Transit Number: | *****0053 |
|---|---|
| ACH Account Number: | *************3756 |
| ACH Account Type: | Checking |

ℹ️ GROUP MESSAGE
REGISTER TODAY FOR OUR
INTERACTIVE WEBSITE SERVICE
TO MANAGE YOUR CHANGES AND
VIEW YOUR PAYMENT HISTORY

Accounts     Reporting

| Payee Name: | NATHAN N THOMAS | | |
|---|---|---|---|
| Address: | 3047 N 22ND STREET PHILADELPHIA, PA 19132 | | |
| | Change Address (/da/bdw/bdw/bdw/account-management) | | |

| | |
|---|---|
| Status: | Deposited |
| Status Date: | 08/01/2025 |
| Payable Date: | 08/01/2025 |
| Net Amount: | $2,838.50 |

## PAYMENT SUMMARY

| PAY SOURCE | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| PAYMENT | $2,838.50 | $22,708.00 |
| Total | $2,838.50 | $22,708.00 |

## DEDUCTION SUMMARY

| DEDUCTION | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| FED TAX | $0.00 | $50.00 |
| Total | $0.00 | $50.00 |

## TAX INFORMATION

| Withholdings Elections |
|---|
| Federal No Withholding |
| State No Withholding |

## YEAR TO DATE TAX INFORMATION

| | |
|---|---|
| Total Gross: | $22,708.00 |
| Total Taxable: | $22,708.00 |
| Federal Tax Withheld: | $50.00 |

## PAYMENT INFORMATION

| ACH Bank Transit Number: | *****0053 |
|---|---|
| ACH Account Number: | *************3756 |
| ACH Account Type: | Checking |

 **GROUP MESSAGE**
REGISTER TODAY FOR OUR
INTERACTIVE WEBSITE SERVICE
TO MANAGE YOUR CHANGES AND
VIEW YOUR PAYMENT HISTORY