# Earnings  Statement

**ADP**

INFINITY  LOVE  HOME  CARE  LLC
3034  N  22ND  ST
PHILADELPHIA    PA  19132-1515
PHONE  215  315  3658

| | |
|---|---|
| Period  Beginning: | 06/02/2025 |
| Period  Ending: | 06/08/2025 |
| Pay  Date: | 06/13/2025 |

Filing Status: Single/Married  filing  separately
Exemptions/Allowances:
  Federal:  Standard  Withholding  Table

**NATHAN  THOMAS**
**3047  NORTH  22ND  STREET**
**PHILADELPHIA  PA  19132**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 13.0000 | 34.50 | 448.50 | 10,158.85 |
| Bonus | | | | 600.00 |
| Holiday | | | | 151.78 |
| Holiday  Pay | | | | 65.00 |
| **Gross  Pay** | | | **$448.50** | 10,975.63 |

| Other Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Totl  Hrs  Worked | 34.50 | |

**Important  Notes**

COMPANY  PH#:(267)  752-3877

BASIS  OF  PAY:  HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -16.00 | 414.75 |
| | Social  Security  Tax | -27.81 | 680.49 |
| | Medicare  Tax | -6.51 | 159.15 |
| | PA  State  Income  Tax | -13.77 | 336.97 |
| | Philadelphia  Income  Tax | -16.82 | 411.57 |
| | PA  SUI  Tax | -0.31 | 7.68 |
| | **Net  Pay** | **$367.28** | |
| | CHECKING | -367.28 | |
| | **Net  Check** | **$0.00** | |

**Additional  Tax  Withholding  Information**

Exemptions/Allowances:
  PA:          0

Your  federal  taxable  wages  this  period  are  $448.50

© 2000  ADP,  Inc.

INFINITY  LOVE  HOME  CARE  LLC
3034  N  22ND  ST
PHILADELPHIA    PA  19132-1515
PHONE  215  315  3658

| | |
|---|---|
| **Advice  number:** | **00000240094** |
| Pay  date: | 06/13/2025 |

Deposited  to  the  account  of
**NATHAN  THOMAS**



| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxx3748 | xxxx  xxxx | $367.28 |

**NON-NEGOTIABLE**

INFINITY LOVE HOME CARE LLC
3034 N 22ND ST
PHILADELPHIA PA 19132-1515
PHONE 215 315 3658

**Earnings Statement** **ADP**

| | |
|---|---|
| Period Beginning: | 06/09/2025 |
| Period Ending: | 06/15/2025 |
| Pay Date: | 06/20/2025 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**NATHAN THOMAS**
**3047 NORTH 22ND STREET**
**PHILADELPHIA PA 19132**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 35.00 | 455.00 | 10,613.85 |
| Bonus | | | | 600.00 |
| Holiday | | | | 151.78 |
| Holiday Pay | | | | 65.00 |
| **Gross Pay** | | | **$455.00** | 11,430.63 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 35.00 | |

**Important Notes**

COMPANY PH#:(267) 752-3877

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -16.65 | 431.40 |
| | Social Security Tax | -28.21 | 708.70 |
| | Medicare Tax | -6.59 | 165.74 |
| | PA State Income Tax | -13.97 | 350.94 |
| | Philadelphia Income Tax | -17.06 | 428.63 |
| | PA SUI Tax | -0.32 | 8.00 |
| | **Net Pay** | **$372.20** | |
| | CHECKING | -372.20 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
  Exemptions/Allowances:
  PA:            0

Your federal taxable wages this period are $455.00

© 2000 ADP, Inc.

INFINITY LOVE HOME CARE LLC
3034 N 22ND ST
PHILADELPHIA PA 19132-1515
PHONE 215 315 3658

| | | |
|---|---|---|
| Advice number: | 00000250099 | |
| Pay date: | 06/20/2025 | |



Deposited to the account of
**NATHAN THOMAS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3748 | xxxx xxxx | $372.20 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CONT   ADV   CHRG
F2O   000170                     00000260097

# Earnings   Statement



*INFINITY  LOVE  HOME  CARE  LLC*
*3034  N  22ND  ST*
*PHILADELPHIA      PA  19132-1515*
*PHONE  215  315  3658*

| | |
|---|---|
| Period Beginning: | 06/16/2025 |
| Period Ending: | 06/22/2025 |
| Pay Date: | 06/27/2025 |

Filing Status: Single/Married   filing  separately
Exemptions/Allowances:
   Federal:  Standard  Withholding  Table

**NATHAN   THOMAS**
**3047   NORTH  22ND  STREET**
**PHILADELPHIA   PA   19132**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | | | | 10,613.85 |
| Bonus | | | | 600.00 |
| Holiday | | | | 151.78 |
| Holiday Pay | | | | 65.00 |
| **Gross Pay** | | | **$0.00** | 11,430.63 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | | 431.40 |
| | Social  Security  Tax | | 708.70 |
| | Medicare  Tax | | 165.74 |
| | PA  State  Income  Tax | | 350.94 |
| | Philadelphia  Income  Tax | | 428.63 |
| | PA  SUI  Tax | | 8.00 |
| | **Net Pay** | | **$0.00** |
| | **Net Check** | | **$0.00** |

**Important  Notes**

COMPANY  PH#:(267)  752-3877

BASIS  OF  PAY:  HOURLY

**Additional  Tax  Withholding  Information**
   Exemptions/Allowances:
      PA:              0

© 2000  ADP,  Inc.

INFINITY  LOVE  HOME  CARE  LLC
3034  N  22ND  ST
PHILADELPHIA    PA  19132-1515
PHONE  215  315  3658

| | |
|---|---|
| **Advice  number:** | **00000260097** |
| Pay  date: | 06/27/2025 |

**Deposited   to  the  account   of**
**NATHAN   THOMAS**

| account   number | transit   ABA | amount |
|---|---|---|

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings  Statement

**ADP**®

INFINITY  LOVE  HOME  CARE  LLC
3034  N  22ND  ST
PHILADELPHIA    PA  19132-1515
PHONE  215  315  3658

| | |
|---|---|
| Period  Beginning: | 07/07/2025 |
| Period  Ending: | 07/13/2025 |
| Pay  Date: | 07/18/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
    Federal: Standard  Withholding  Table

**NATHAN  THOMAS**
**3047  NORTH 22ND STREET**
**PHILADELPHIA PA 19132**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 11,602.50 |
| Overtime | 19.5000 | 16.00 | 312.00 | 560.63 |
| Bonus | | | | 600.00 |
| Holiday | | | | 151.78 |
| Holiday  Pay | | | | 161.85 |
| **Gross Pay** | | | **$832.00** | 13,076.76 |

| Other Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Totl Hrs Worked | 56.00 | |

## Important  Notes

COMPANY  PH#:(267)  752-3877

BASIS  OF  PAY:  HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -60.64 | 545.07 |
| | Social  Security  Tax | -51.58 | 810.76 |
| | Medicare  Tax | -12.06 | 189.61 |
| | PA  State  Income  Tax | -25.54 | 401.48 |
| | Philadelphia  Income  Tax | -31.12 | 490.20 |
| | PA  SUI  Tax | -0.58 | 9.15 |
| **Net  Pay** | | **$650.48** | |
| CHECKING | | -650.48 | |
| **Net Check** | | **$0.00** | |

## Additional Tax  Withholding  Information

Exemptions/Allowances:
    PA:              0

Your  federal  taxable  wages  this  period  are  $832.00

© 2000  ADP,  Inc.

INFINITY  LOVE  HOME  CARE  LLC
3034  N  22ND  ST
PHILADELPHIA   PA  19132-1515
PHONE  215  315  3658

| | |
|---|---|
| **Advice number:** | **00000290101** |
| Pay date: | 07/18/2025 |



| Deposited   to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **NATHAN   THOMAS** | xxxxxx3748 | xxxx  xxxx | $650.48 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

# Earnings Statement

**ADP**

INFINITY  LOVE  HOME  CARE  LLC
3034  N  22ND  ST
PHILADELPHIA    PA  19132-1515
PHONE  215  315  3658

| | |
|---|---|
| Period Beginning: | 06/23/2025 |
| Period Ending: | 06/29/2025 |
| Pay Date: | 07/03/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal:  Standard  Withholding  Table

**NATHAN  THOMAS**
**3047  NORTH  22ND  STREET**
**PHILADELPHIA  PA  19132**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 3.50 | 45.50 | 10,659.35 |
| Bonus | | | | 600.00 |
| Holiday | | | | 151.78 |
| Holiday Pay | | | | 65.00 |
| **Gross Pay** | | | **$45.50** | 11,476.13 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -2.82 | 711.52 |
| | Medicare Tax | -0.66 | 166.40 |
| | PA State Income Tax | -1.40 | 352.34 |
| | Philadelphia Income Tax | -1.70 | 430.33 |
| | PA SUI Tax | -0.03 | 8.03 |
| | Federal Income Tax | | 431.40 |
| **Net Pay** | | | **$38.89** |
| CHECKING | | | -38.89 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 3.50 | |

**Important Notes**

COMPANY  PH#:(267)  752-3877

BASIS  OF  PAY:  HOURLY

**Additional Tax Withholding Information**
Exemptions/Allowances:
  PA:          0

Your  federal  taxable  wages  this  period  are  $45.50

© 2000 ADP,  Inc.

INFINITY  LOVE  HOME  CARE  LLC
3034  N  22ND  ST
PHILADELPHIA    PA  19132-1515
PHONE  215  315  3658

| | |
|---|---|
| **Advice number:** | **00000270097** |
| Pay date: | 07/03/2025 |



| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **NATHAN  THOMAS** | xxxxxx3748 | xxxx  xxxx | $38.89 |

**NON-NEGOTIABLE**

# Earnings Statement



*INFINITY LOVE HOME CARE LLC*
*3034 N 22ND ST*
*PHILADELPHIA    PA  19132-1515*
*PHONE  215  315  3658*

| | |
|---|---|
| Period Beginning: | 07/14/2025 |
| Period Ending: | 07/20/2025 |
| Pay Date: | 07/25/2025 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**NATHAN  THOMAS**
**3047  NORTH  22ND  STREET**
**PHILADELPHIA  PA  19132**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 45.00 | 585.00 | 12,187.50 |
| Overtime | 19.5000 | 8.00 | 156.00 | 716.63 |
| Bonus | | | | 600.00 |
| Holiday | | | | 151.78 |
| Holiday Pay | | | | 161.85 |
| **Gross Pay** | | | **$741.00** | 13,817.76 |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 53.00 | |

### Important Notes

COMPANY  PH#:(267)  752-3877

BASIS  OF PAY: HOURLY

## Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -49.72 | 594.79 |
| Social Security Tax | -45.94 | 856.70 |
| Medicare Tax | -10.75 | 200.36 |
| PA State Income Tax | -22.75 | 424.23 |
| Philadelphia Income Tax | -27.71 | 517.91 |
| PA SUI Tax | -0.52 | 9.67 |
| **Net Pay** | **$583.61** | |
| CHECKING | -583.61 | |
| **Net Check** | **$0.00** | |

### Additional Tax Withholding Information

Exemptions/Allowances:
  PA:                0

Your  federal  taxable  wages  this  period  are  $741.00

© 2000 ADP, Inc.

INFINITY  LOVE  HOME  CARE  LLC
3034  N  22ND  ST
PHILADELPHIA    PA  19132-1515
PHONE  215  315  3658

| | | |
|---|---|---|
| **Advice number:** | **00000300102** | |
| Pay date: | 07/25/2025 | |



| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **NATHAN  THOMAS** | xxxxxx3748 | xxxx  xxxx | $583.61 |

# NON-NEGOTIABLE

# Earnings  Statement



*INFINITY  LOVE  HOME  CARE  LLC*
*3034  N  22ND  ST*
*PHILADELPHIA    PA  19132-1515*
*PHONE  215  315  3658*

| | |
|---|---|
| Period Beginning: | 07/21/2025 |
| Period Ending: | 07/27/2025 |
| Pay Date: | 08/01/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal:  Standard  Withholding  Table

**NATHAN  THOMAS**
**3047  NORTH  22ND  STREET**
**PHILADELPHIA  PA  19132**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 12,707.50 |
| Overtime | 19.5000 | 1.25 | 24.38 | 741.01 |
| Bonus | | | | 600.00 |
| Holiday | | | | 151.78 |
| Holiday Pay | | | | 161.85 |
| **Gross Pay** | | | **$544.38** | 14,362.14 |

| Other Benefits  and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 41.25 | |

## Important Notes
COMPANY  PH#:(267)  752-3877

BASIS  OF  PAY:  HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -26.12 | 620.91 |
| | Social Security Tax | -33.75 | 890.45 |
| | Medicare Tax | -7.89 | 208.25 |
| | PA State Income Tax | -16.71 | 440.94 |
| | Philadelphia Income Tax | -20.36 | 538.27 |
| | PA SUI Tax | -0.38 | 10.05 |
| | **Net Pay** | **$439.17** | |
| | CHECKING | -439.17 | |
| | **Net Check** | **$0.00** | |

## Additional Tax Withholding Information
Exemptions/Allowances:
  PA:            0

Your  federal  taxable  wages  this  period  are  $544.38

© 2000 ADP, Inc.

INFINITY  LOVE  HOME  CARE  LLC
3034  N  22ND  ST
PHILADELPHIA    PA  19132-1515
PHONE  215  315  3658

| | | |
|---|---|---|
| **Advice number:** | **00000314103** |
| Pay date: | 08/01/2025 |



| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **NATHAN  THOMAS** | xxxxxx3748 | xxxx  xxxx | $439.17 |

# NON-NEGOTIABLE