**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Nathan N. Thomas,<br>    Debtor.<br><br>—————————————<br><br>Deutsche Bank National Trust Company,<br>as Trustee, in Trust for Registered Holders<br>of WaMu Asset-Backed Certificates WaMu<br>Series 2007-HE1 Trust,<br>    Movant,<br><br>      v.<br><br>Nathan N. Thomas,<br>    Debtor/Respondent,<br><br>Kenneth E. West,<br>    Trustee/Additional Respondent. | Bankruptcy No. 25-13289-djb<br><br>Chapter 13 |

**ORDER OF COURT**

AND NOW, this_____day of_, 2026, upon consideration of the foregoing Stipulation Resolving

Motion for Relief from Automatic Stay of Deutsche Bank National Trust Company, as Trustee, in Trust

for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, it is hereby

ORDERED that the Stipulation is approved.

BY THE COURT:

**Date: June 30, 2026**

_____
Derek J. Baker
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Nathan N. Thomas,<br><br>　　　　Debtor.<br>_____<br><br>Deutsche Bank National Trust Company,<br>as Trustee, in Trust for Registered Holders<br>of WaMu Asset-Backed Certificates WaMu<br>Series 2007-HE1 Trust,<br>　　　　Movant,<br><br>　　　　　　v.<br><br>Nathan N. Thomas,<br><br>　　　　Debtor/Respondent,<br><br>Kenneth E. West,<br><br>　　　　Trustee/Additional Respondent. | Bankruptcy No. 25-13289-djb<br><br>Chapter 13<br><br>Hearing Date: May 14, 2026<br>Hearing Time: 11:00 A.M.<br>Hearing Location: 900 Market Street,<br>Courtroom #2, Philadelphia, PA 19107 |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY**

Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust ("Secured Creditor" or "Movant"), and  Nathan N. Thomas, ("Debtor"), by and through the undersigned attorneys, hereby stipulate as follows:

**I.     BACKGROUND:**

1. On December 18, 2006, Nathan N. Thomas executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $49,500.00.

2. The Mortgage was recorded on January 2, 2007, with the Philadelphia County Recorder of Deeds.

3. The Mortgage was secured as a lien against the real property located in Philadelphia County commonly known as 3222 N. Stillman Street, Philadelphia, Pennsylvania 19129 (the "Property").

4. The Note and Mortgage were last assigned to Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust.

5. Debtor defaulted under the terms of the Note and Mortgage by failing to make monthly post-petition payments of principal, interest and escrow when they became due.  As of May 8, 2026, the post-petition arrears owed Movant is $4,182.66 and consists of past monthly mortgage payments for September 1, 2025 through May 1, 2026 in the amount of $464.74 each.

6.  Thus, Debtor's post-petition arrears currently totals $4,182.66.

7. Debtor further acknowledges that additional payments of principal, interest and escrow currently in the amount of $464.74, per month shall become due under the Note and Mortgage on the first (1st) of each successive month, beginning June 1, 2026 until the Note is paid in full. Debtor acknowledges that the monthly payment is subject to change and remains responsible for same.

8. Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, and Debtor desire to resolve Debtor's post-petition arrears in accordance with the terms set forth below:

II.     **STIPULATION FOR RELIEF FROM STAY**

9. Debtor confirms and acknowledges his financial obligations to Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust under the Note and Mortgage.

10. Debtor further confirms and acknowledges his failure to make post-petition payments of principal, interest and escrow in the amount of post-petition arrearage as set forth in Paragraphs 5 and 6 above.

11. Debtor further confirms and acknowledges his obligation and agrees to make regular post-petition payments of principal, interest and escrow going forward from June 1, 2026 as set forth in

Paragraph 7 above.

12. Debtor further agrees to file an Amended Plan within 30 days of the entry of an Order Approving this Stipulation that will include treatment of the post-petitions arrears owed to Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust.  The Plan shall include language that the post-petition arrears through  May 1, 2026, shall be paid over the remaining life of the plan in payments by the Chapter 13 Trustee.  If required, Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust shall file a supplemental claim or amended proof of claim reflecting the post-petition arrears through May 1, 2026.

Payments should be remitted to:

**Select Portfolio Servicing, Inc.**

**P.O. Box 65450 Salt Lake City UT 84165-0450**

13. In the event that Debtor converts to a Chapter 7 bankruptcy during the pendency of this bankruptcy case, the Debtor(s) shall cure the pre-petition and post-petition arrears within ten (10) days from date of conversion.  Should the Debtor fail to cure the arrears, Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, will issue and serve upon Debtor's attorney written notification of default ("Notice") of this Stipulation.  If the default is not cured within fifteen (15) days of the Notice, Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, may file a Certification of Default with the Bankruptcy Court ("Court") and the Court shall enter an Order granting relief from the Automatic Stay.

14. In the event the Debtor defaults on his obligations under this Stipulation by failing to comply with the provisions as set forth above in Paragraph 11 and/or tender in full any of the payments described in Paragraph 12, on or before the dates upon which they are due, then Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, its successors and/or assigns shall serve attorney for the Debtor via facsimile, electronic mail, and/or First Class Mail, postage prepaid, with written notification of the default.  In the event that Debtor fails to cure the default within fifteen (15) days of the date of the Notice, then, Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, or its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation without further notice to Debtor or the Order of this Court.  If Movant is required to issue a Notice of Default, the Debtor shall pay $125.00 per notice, as attorney fees, in addition to all funds required to fully cure the default prior to the expiration of the allowed cure period.

15. In addition, Debtor agrees that he is not permitted more than two (2) defaults from the date of this Stipulation.  Debtor agrees that if he defaults under the terms of this Stipulation more than two (2) times, then, without further notice, Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, its successors and/or assigns may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon Deutsche Bank National Trust

Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation.

16. Neither Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust's consent to this Stipulation nor Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust's acceptance of any payments tendered by or on behalf of Debtor shall be construed as a waiver of Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust's right to proceed with or commence a foreclosure other legal action against Debtor under this Stipulation.  However, Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, agrees to credit the mortgage account of Debtor for all payments made in accordance with this Stipulation, the Note and/or Mortgage.

17. This Stipulation may only be modified by a revised Stipulation filed on the docket in the U.S. Bankruptcy Court ("Court").  No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation as filed on the docket in the Bankruptcy.

18. Debtor hereby certifies and confirms that he has reviewed the terms of the Stipulation with his attorney, understands and is in agreement with the terms of this Stipulation, and authorizes his attorney to execute this Stipulation on his behalf.

IT IS HEREBY STIPULATED:

By: /s/ Robert Shearer _____

Robert Shearer, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: rshearer@raslg.com
Attorneys for Movant

Date: 6/9/2026 _____

/s/ *Michael D. Sayles* with express permission

**MICHAEL D. SAYLES**

Michael D. Sayles
PO Box 11222
Elkins Park, PA 19027
215-635-2270
Email: midusa1@comcast.net

Date: June 11, 2026 _____

NO OPPOSITION:    Without Prejudice to Any Trustee
Rights or Remedies

/s/ LeeAne O. Huggins _____ ~~with express permission~~

**KENNETH E. WEST**

Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
215-627-1377

Date: June 23, 2026 _____