*Form 167* (1/25)–doc 98 – 97

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      )
   Nathan N. Thomas                     )          Case No. 25–13289–djb
                                        )
                                        )
   Debtor(s).                           )          Chapter: 13
                                        )
                                        )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

Response to Certification of Default of Stipulation entered in Settlement of Motion for Relief from Stay regarding property 3047 NORTH 22nd STREET Philadelphia, Pennsylvania 19132

on: 8/6/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: July 2, 2026                                      For The Court

                                                                Mohung Wong
                                                                 Clerk of Court