United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 25-13289-djb

Nathan N. Thomas                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Jun 30, 2026                    Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

**Recip ID              Recipient Name and Address**
db                    + Nathan N. Thomas, 3047 North 22nd Street, Philadelphia, PA 19132-1514

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:**

**Name                        Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Cert andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CORINNE SAMLER BRENNAN
    on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com

JORDAN MATTHEW KATZ
    on behalf of Creditor The Bank of New York Mellon jkatz@raslg.com

JORDAN MATTHEW KATZ
    on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-11 jkatz@raslg.com

District/off: 0313-2                    User: admin                                          Page 2 of 2
Date Rcvd: Jun 30, 2026                 Form ID: pdf900                                      Total Noticed: 1

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
                        on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed
                        Certificates, Series 2006-FM2 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
                        on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset
                        Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate
                        bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MEGAN N. HARPER
                        on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHAEL D. SAYLES
                        on behalf of Debtor Nathan N. Thomas midusa1@comcast.net  midusa1@outlook.com

MICHELLE L. MCGOWAN
                        on behalf of Creditor Wilmington Trust  NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset
                        Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass- Through Certificat mimcgowan@raslg.com

MICHELLE L. MCGOWAN
                        on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset
                        Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate mimcgowan@raslg.com

ROBERT BRIAN SHEARER
                        on behalf of Creditor Wilmington Trust  N.A. rshearer@raslg.com

ROBERT BRIAN SHEARER
                        on behalf of Creditor Deutsche Bank National Trust Company rshearer@raslg.com

ROBERT BRIAN SHEARER
                        on behalf of Creditor Wilmington Trust  NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset
                        Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass- Through Certificat rshearer@raslg.com

SARA ELIZABETH SWIETNICKI
                        on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-11
                        sswietnicki@raslg.com

SHERRI DICKS
                        on behalf of Creditor Wilmington Trust  NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset
                        Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass- Through Certificat clientdocs@verizon.net,
                        shrdlaw@outlook.com

SHERRI DICKS
                        on behalf of Creditor The Bank of New York Mellon clientdocs@verizon.net  shrdlaw@outlook.com

SHERRI DICKS
                        on behalf of Creditor Deutsche Bank National Trust Company clientdocs@verizon.net  shrdlaw@outlook.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT
                        on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com


TOTAL: 21

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Nathan N. Thomas,<br>     Debtor.<br><br>_____<br><br>Deutsche Bank National Trust Company,<br>as Trustee, in Trust for Registered Holders<br>of WaMu Asset-Backed Certificates WaMu<br>Series 2007-HE1 Trust,<br>     Movant,<br><br>       v.<br><br>Nathan N. Thomas,<br>     Debtor/Respondent,<br><br>Kenneth E. West,<br>     Trustee/Additional Respondent. | Bankruptcy No. 25-13289-djb<br><br>Chapter 13 |

**ORDER OF COURT**

AND NOW, this_____day of_, 2026, upon consideration of the foregoing Stipulation Resolving

Motion for Relief from Automatic Stay of Deutsche Bank National Trust Company, as Trustee, in Trust

for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, it is hereby

ORDERED that the Stipulation is approved.

BY THE COURT:

**Date: June 30, 2026**

_____
Derek J. Baker
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Nathan N. Thomas,<br><br>     Debtor.<br><br>_____<br><br>Deutsche Bank National Trust Company,<br>as Trustee, in Trust for Registered Holders<br>of WaMu Asset-Backed Certificates WaMu<br>Series 2007-HE1 Trust,<br>     Movant,<br><br>       v.<br><br>Nathan N. Thomas,<br><br>     Debtor/Respondent,<br><br>Kenneth E. West,<br><br>     Trustee/Additional Respondent. | Bankruptcy No. 25-13289-djb<br><br>Chapter 13<br><br>Hearing Date: May 14, 2026<br>Hearing Time: 11:00 A.M.<br>Hearing Location: 900 Market Street,<br>Courtroom #2, Philadelphia, PA 19107 |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY**

Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust ("Secured Creditor" or "Movant"), and Nathan N. Thomas, ("Debtor"), by and through the undersigned attorneys, hereby stipulate as follows:

**I.     BACKGROUND:**

1.  On December 18, 2006, Nathan N. Thomas executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $49,500.00.

2.  The Mortgage was recorded on January 2, 2007, with the Philadelphia County Recorder of Deeds.

3.  The Mortgage was secured as a lien against the real property located in Philadelphia County commonly known as 3222 N. Stillman Street, Philadelphia, Pennsylvania 19129 (the "Property").

4. The Note and Mortgage were last assigned to Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust.

5. Debtor defaulted under the terms of the Note and Mortgage by failing to make monthly post-petition payments of principal, interest and escrow when they became due. As of May 8, 2026, the post-petition arrears owed Movant is $4,182.66 and consists of past monthly mortgage payments for September 1, 2025 through May 1, 2026 in the amount of $464.74 each.

6. Thus, Debtor's post-petition arrears currently totals $4,182.66.

7. Debtor further acknowledges that additional payments of principal, interest and escrow currently in the amount of $464.74, per month shall become due under the Note and Mortgage on the first (1st) of each successive month, beginning June 1, 2026 until the Note is paid in full. Debtor acknowledges that the monthly payment is subject to change and remains responsible for same.

8. Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, and Debtor desire to resolve Debtor's post-petition arrears in accordance with the terms set forth below:

II.    **STIPULATION FOR RELIEF FROM STAY**

9. Debtor confirms and acknowledges his financial obligations to Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust under the Note and Mortgage.

10. Debtor further confirms and acknowledges his failure to make post-petition payments of principal, interest and escrow in the amount of post-petition arrearage as set forth in Paragraphs 5 and 6 above.

11. Debtor further confirms and acknowledges his obligation and agrees to make regular post-petition payments of principal, interest and escrow going forward from June 1, 2026 as set forth in

Paragraph 7 above.

12. Debtor further agrees to file an Amended Plan within 30 days of the entry of an Order Approving this Stipulation that will include treatment of the post-petitions arrears owed to Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust.  The Plan shall include language that the post-petition arrears through  May 1, 2026, shall be paid over the remaining life of the plan in payments by the Chapter 13 Trustee.  If required, Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust shall file a supplemental claim or amended proof of claim reflecting the post-petition arrears through May 1, 2026.

Payments should be remitted to:

**Select Portfolio Servicing, Inc.**

**P.O. Box 65450 Salt Lake City UT 84165-0450**

13. In the event that Debtor converts to a Chapter 7 bankruptcy during the pendency of this bankruptcy case, the Debtor(s) shall cure the pre-petition and post-petition arrears within ten (10) days from date of conversion.  Should the Debtor fail to cure the arrears, Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, will issue and serve upon Debtor's attorney written notification of default ("Notice") of this Stipulation.  If the default is not cured within fifteen (15) days of the Notice, Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, may file a Certification of Default with the Bankruptcy Court ("Court") and the Court shall enter an Order granting relief from the Automatic Stay.

14. In the event the Debtor defaults on his obligations under this Stipulation by failing to comply with the provisions as set forth above in Paragraph 11 and/or tender in full any of the payments described in Paragraph 12, on or before the dates upon which they are due, then Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, its successors and/or assigns shall serve attorney for the Debtor via facsimile, electronic mail, and/or First Class Mail, postage prepaid, with written notification of the default.  In the event that Debtor fails to cure the default within fifteen (15) days of the date of the Notice, then, Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, or its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation without further notice to Debtor or the Order of this Court.  If Movant is required to issue a Notice of Default, the Debtor shall pay $125.00 per notice, as attorney fees, in addition to all funds required to fully cure the default prior to the expiration of the allowed cure period.

15. In addition, Debtor agrees that he is not permitted more than two (2) defaults from the date of this Stipulation.  Debtor agrees that if he defaults under the terms of this Stipulation more than two (2) times, then, without further notice, Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, its successors and/or assigns may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon Deutsche Bank National Trust

Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation.

16. Neither Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust's consent to this Stipulation nor Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust's acceptance of any payments tendered by or on behalf of Debtor shall be construed as a waiver of Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust's right to proceed with or commence a foreclosure other legal action against Debtor under this Stipulation.  However, Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust, agrees to credit the mortgage account of Debtor for all payments made in accordance with this Stipulation, the Note and/or Mortgage.

17. This Stipulation may only be modified by a revised Stipulation filed on the docket in the U.S. Bankruptcy Court ("Court").  No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation as filed on the docket in the Bankruptcy.

18. Debtor hereby certifies and confirms that he has reviewed the terms of the Stipulation with his attorney, understands and is in agreement with the terms of this Stipulation, and authorizes his attorney to execute this Stipulation on his behalf.

IT IS HEREBY STIPULATED:

By: /s/ Robert Shearer                            Date: 6/9/2026
Robert Shearer, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: rshearer@raslg.com
Attorneys for Movant


/s/ *Michael D. Sayles* with express permission    Date: June 11, 2026
**MICHAEL D. SAYLES**
Michael D. Sayles
PO Box 11222
Elkins Park, PA 19027
215-635-2270
Email: midusa1@comcast.net


NO OPPOSITION:   Without Prejudice to Any Trustee
                 Rights or Remedies

/s/ LeeAne O. Huggins         with express permission    Date: June 23, 2026
**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
215-627-1377