United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                              Case No. 25-13289-djb

Nathan N. Thomas                                                   Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 02, 2026 | Form ID: 167 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nathan N. Thomas, 3047 North 22nd Street, Philadelphia, PA 19132-1514 |
| aty | + ANDREW SPIVACK, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: BKEBN-Notifications@ocwen.com | Jul 03 2026 00:53:00 | HSBC Bank USA, National Association, as Trustee fo, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| 15043761 | ^ MEBN | Jul 03 2026 00:52:36 | HSBC Bank USA ,et al, C/O Ryan Srnik, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

District/off: 0313-2                              User: admin                                    Page 2 of 2

Date Rcvd: Jul 02, 2026                           Form ID: 167                                  Total Noticed: 4

ANDREW L. SPIVACK
> on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Cert andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CORINNE SAMLER BRENNAN
> on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com

JORDAN MATTHEW KATZ
> on behalf of Creditor The Bank of New York Mellon jkatz@raslg.com

JORDAN MATTHEW KATZ
> on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-11 jkatz@raslg.com

KENNETH E. WEST
> ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
> on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
> on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MEGAN N. HARPER
> on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHAEL D. SAYLES
> on behalf of Debtor Nathan N. Thomas midusa1@comcast.net  midusa1@outlook.com

MICHELLE L. MCGOWAN
> on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate mimcgowan@raslg.com

MICHELLE L. MCGOWAN
> on behalf of Creditor Wilmington Trust  NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass- Through Certificat mimcgowan@raslg.com

ROBERT BRIAN SHEARER
> on behalf of Creditor Deutsche Bank National Trust Company rshearer@raslg.com

ROBERT BRIAN SHEARER
> on behalf of Creditor Wilmington Trust  N.A. rshearer@raslg.com

ROBERT BRIAN SHEARER
> on behalf of Creditor Wilmington Trust  NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass- Through Certificat rshearer@raslg.com

SARA ELIZABETH SWIETNICKI
> on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-11 sswietnicki@raslg.com

SHERRI DICKS
> on behalf of Creditor Deutsche Bank National Trust Company shrdlaw@outlook.com  shrdlaw@outlook.com

SHERRI DICKS
> on behalf of Creditor The Bank of New York Mellon shrdlaw@outlook.com  shrdlaw@outlook.com

SHERRI DICKS
> on behalf of Creditor Wilmington Trust  NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass- Through Certificat shrdlaw@outlook.com, shrdlaw@outlook.com

United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT
> on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com


TOTAL: 21

*Form 167* (1/25)–doc 98 – 97

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                   )
    Nathan N. Thomas         )         Case No. 25–13289–djb
                         )
                         )
    Debtor(s).             )         Chapter: 13
                         )
                         )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

Response to Certification of Default of Stipulation entered in Settlement of Motion for Relief from Stay regarding
property 3047 NORTH 22nd STREET Philadelphia, Pennsylvania 19132

on: 8/6/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: July 2, 2026                                      For The Court

                                                      Mohung Wong
                                                      Clerk of Court