IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Nathan Thomas** | : | CHAPTER 13 |
| | : | |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **25-13289\djb** |

# CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, Esquire, hereby certify that no responsive pleading **wa**s filed to Debtor's **Motion for Leave of Court to Allow Loan Modification on Real Estate.**

Respectfully Submitted,

Dated: September 30, 2026

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
PO Box 11222
Elkins Park, PA 19027
215-635-2270 (phone)
Midusa1@comcast.net