UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Nathan Thomas** | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No.: **25-13289\DJB** |

# ORDER OF COURT

**AND NOW,** this ________ day of ________________, 2026, **after notice and hearing**, upon consideration of Motion of Debtor to Approve Trial Loan Modification.

It is hereby **ORDERED** that the Debtor is granted approval to modify loan with **Select Portfolio Servicing, Inc.** on his real property located at **3222 North Stillman Street, Philadelphia, PA 19129.**

Within 7 days of the date of this Order, Debtor shall file, of record, amended Schedules in accordance with terms and condition of aforesaid Loan Modification. Also, within 7 days as aforesaid, Debtor, **if appropriate**, shall file a Motion to Modify Plan Post Confirmation and Amended Plan in accordance with terms of loan modification, if however, Debtor does not file the aforesaid Motion and Plan within the aforesaid time, Chapter 13 Trustee may exercise his option to do so on behalf of Debtor.

**Date: September 30, 2026**

**BY THE COURT:**

______________________________
**J.**