United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-13289-djb

Nathan N. Thomas Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2

Date Rcvd: Sep 30, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathan N. Thomas, 3047 North 22nd Street, Philadelphia, PA 19132-1514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Cert andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com scmcginly@klehr.com;nyackle@klehr.com |
| GARRETT M. WILSON | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor The Bank of New York Mellon jkatz@raslg.com |

| | |
|---|---|
| JORDAN MATTHEW KATZ | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2005-11 jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate bkgroup@kmllawgroup.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL D. SAYLES | on behalf of Debtor Nathan N. Thomas midusa1@comcast.net midusa1@outlook.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass-Through Certificate mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Wilmington Trust NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass- Through Certificat mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Deutsche Bank National Trust Company rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Wilmington Trust NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass- Through Certificat rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Wilmington Trust N.A. rshearer@raslg.com |
| SARA ELIZABETH SWIETNICKI | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2005-11 sswietnicki@raslg.com |
| SHERRI DICKS | on behalf of Creditor Deutsche Bank National Trust Company shrdlaw@outlook.com shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor The Bank of New York Mellon shrdlaw@outlook.com shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor Wilmington Trust NA, Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-5, Mortgage Pass- Through Certificat shrdlaw@outlook.com, shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com |

TOTAL: 22

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Nathan Thomas** | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No.: **25-13289\DJB** |

# ORDER OF COURT

**AND NOW,** this ________ day of ________________, 2026, **after notice and hearing**, upon consideration of Motion of Debtor to Approve Trial Loan Modification.

It is hereby **ORDERED** that the Debtor is granted approval to modify loan with **Select Portfolio Servicing, Inc.** on his real property located at **3222 North Stillman Street, Philadelphia, PA 19129.**

Within 7 days of the date of this Order, Debtor shall file, of record, amended Schedules in accordance with terms and condition of aforesaid Loan Modification. Also, within 7 days as aforesaid, Debtor, **if appropriate**, shall file a Motion to Modify Plan Post Confirmation and Amended Plan in accordance with terms of loan modification, if however, Debtor does not file the aforesaid Motion and Plan within the aforesaid time, Chapter 13 Trustee may exercise his option to do so on behalf of Debtor.

**Date: September 30, 2026**

**BY THE COURT:**

______________________________
**J.**